UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

LUCIAN BEBCHUK,                                    Case No. 08-CV-3716

                              Plaintiff,

        -against-                                  **AFFIDAVIT OF SERVICE**

ELECTRONIC ARTS, INCORPORATED,

                              Defendant.
-------------------------------------------------------X

STATE OF DELAWARE          )
                           : S.S.
COUNTY OF NEW CASTLE       )

DANIEL NEWCOMB, being duly sworn, deposes and says that he is an agent of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years
and is not a party to the action.

That on the 22nd day of April, 2008, at approximately 1:55 p.m., deponent served a
true copy of the **Summons, Complaint; Judge's Rules and Court Rules** upon Electronic
Arts, Incorporated c/o Corporation Trust Co. at 1209 Orange Street, Wilmington, DE
19801 by personally delivering and leaving the same with Scott LaScala, Managing Agent,
who stated that he is authorized to accept service.

Scott LaScala is a white male, approximately 40 years of age, is approximately 5
feet and 10 inches tall, weighs approximately 170 pounds, with brown hair.

Sworn to before me this
_____ day of May, 2008                    DANIEL NEWCOMB

NOTARY PUBLIC, STATE OF DELAWARE

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

Lucian Bebchuk

**SUMMONS IN A CIVIL ACTION**

V.

Electronic Arts, Incorporated

CASE NUMBER:

# 08 CV 3716

TO: (Name and address of Defendant)

Judge Hellerstein

Electronic Arts, Incorporate
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ 30 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 1 8 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
            Date                          *Signature of Server*


            _____
            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.