

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Times Square Tower | NEWPORT BEACH |
| BRUSSELS | 7 Times Square | SAN FRANCISCO |
| CENTURY CITY | New York, New York 10036 | SHANGHAI |
| HONG KONG | TELEPHONE (212) 326-2000 | SILICON VALLEY |
| LONDON | FACSIMILE (212) 326-2061 | TOKYO |
| LOS ANGELES | www.omm.com | WASHINGTON, D.C. |



OUR FILE NUMBER
240,981-11

May 13, 2008

WRITER'S DIRECT DIAL
(212) 408-2409

**VIA HAND DELIVERY**

The Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

WRITER'S E-MAIL ADDRESS
jrosenberg@omm.com

Re:   *Lucian Bebchuk v. Electronic Arts Inc., CV 08-3716 (AKH)*

Dear Judge Hellerstein:

We represent defendant Electronic Arts Inc., and write to follow-up on my May 8, 2008 letter regarding defendant's contemplated motion to dismiss. The parties have agreed to, and respectfully request that the Court approve, the following briefing schedule:

| | |
|---|---|
| Electronic Arts' motion to dismiss due | May 30, 2008 |
| Plaintiff Bebchuk's opposition brief due | June 30, 2008 |
| Electronic Arts' reply brief due | July 15, 2008 |

Thank you for Your Honor's consideration of this matter.

Respectfully,

Jonathan Rosenberg

cc:   (by e-mail and facsimile)
Jay W. Eisenhofer, Esq.
Michael J. Barry, Esq.

So ordered
5-14-08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08