UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCIAN BEBCHUK,<br><br>    Plaintiff,<br><br>-against-<br><br>ELECTRONIC ARTS, INCORPORATED,<br><br>    Defendant. | CV 08-3716 (AKH)<br>Electronically Filed<br><br>**ELECTRONIC ARTS INC.'S NOTICE OF MOTION TO DISMISS** |

PLEASE TAKE NOTICE that upon the accompanying documents (i) Electronic Arts Inc.'s Memorandum of Law in Support of Its Motion to Dismiss and (ii) the Declaration of Brendan J. Dowd, dated May 30, 2008, and the exhibits attached thereto; the undersigned will move this Court, before the Honorable Alvin K. Hellerstein, at the United States District Courthouse located at 500 Pearl Street, Room 14D, New York, New York, on a date and time to be set by the Court, to dismiss the complaint with prejudice for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). By the Court's May 14, 2008 Order, Plaintiff's answering papers, if any, are due on June 30, 2008.

Dated: May 30, 2008
New York, New York

O'MELVENY & MYERS LLP

_____
Jonathan R. Rosenberg
William J. Sushon
Brendan J. Dowd

7 Times Square
New York, New York 10036
jrosenberg@omm.com
wsushon@omm.com
bdowd@omm.com
*Attorneys for Electronic Arts Inc.*

## **CERTIFICATE OF SERVICE**

I, Orly Nhaissi, hereby certify under penalty of perjury that on this 30th day of May 2008, I caused a true and correct copy of the forging Electronic Arts Inc.'s Notice of Motion to Dismiss to be served through the Court's ECF system by electronic filing on the individuals below:

>Jay W. Eisenhofer, Esq.
>Michael J. Barry, Esq.
>Grant & Eisenhofer P.A.
>Chase Manhattan Center
>1201 North Market Street
>Wilmington, Delaware 19801
>jeisenhofer@gelaw.com
>mbarry@gelaw.com

May 30, 2008
New York, New York

>/s/ Orly Nhaissi
>Orly N. Nhaissi