JONATHAN R. ROSENBERG
WILLIAM J. SUSHON
BRENDAN J. DOWD
O'MELVENY & MYERS LLP
7 Times Square
New York, New York  10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
jrosenberg@omm.com
wsushon@omm.com
bdowd@omm.com

*Attorneys for Electronic Arts Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCIAN BEBCHUK,<br><br>           Plaintiff,<br><br>-against-<br><br>ELECTRONIC ARTS, INCORPORATED,<br><br>           Defendant. | CV 08-3716 (AKH)<br>Electronically Filed<br><br>**RULE 7.1 STATEMENT OF ELECTRONIC ARTS INC.** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Electronic Arts Inc. makes the following disclosure statement:

**I.    Parent Corporations:**

Electronic Arts Inc. is a publicly owned company and does not have any parent corporations.

**II.    Publicly Held Companies Owning 10% or More Of Its Stock:**

No publicly held company owns more than 10% of the stock of Electronic Arts Inc.

Date:  June 3, 2008

                                              Respectfully submitted:

                                              O'MELVENY & MYERS LLP

                                      By:  /s/ Jonathan R. Rosenberg
                                              Jonathan R. Rosenberg

                                              O'MELVENY & MYERS LLP
                                              Times Square Tower
                                              7 Times Square
                                              New York, New York  10036
                                              Telephone: (212) 408-2409
                                              Facsimile: (212) 326-2061
                                              Email: jrosenberg@omm.com

                                              *Attorneys for Electronic Arts Inc.*

**CERTIFICATE OF SERVICE**

I, Orly Nhaissi, hereby certify under penalty of perjury that on this 3rd day of June 2008, I caused a true and correct copy of the forging Rule 7.1 Statement of Electronic Arts Inc. to be served through the Court's ECF system by electronic filing on the individuals below:

Jay W. Eisenhofer, Esq.
Michael J. Barry, Esq.
Grant & Eisenhofer P.A.
Chase Manhattan Center
1201 North Market Street
Wilmington, Delaware 19801
jeisenhofer@gelaw.com
mbarry@gelaw.com

Dated: June 3, 2008
       New York, New York

                                                            /s/ Orly N. Nhaissi
                                                             Orly N. Nhaissi