AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

Lucian Bebchuk,

    Plaintiff

v.

Electronic Arts, Incorporated

    Defendant

**APPEARANCE**

Case Number: 08-CV-3716

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Lucian Bebchuk

I certify that I am admitted to practice in this court.

| 6/11/2008 | *signature* |
|---|---|
| Date | Signature |

| Jay W. Eisenhofer | 4421418 |
|---|---|
| Print Name | Bar Number |

485 Lexington Ave., 29th Floor
Address

| New York | NY | 10017 |
|---|---|---|
| City | State | Zip Code |

| (646) 722-8500 | (646) 722-8501 |
|---|---|
| Phone Number | Fax Number |