Jul-02-2008 13:00 Case From:O'MELVENY & MYERS LLP -Document 9  +12123262067 07/02/2008 T-733 Page P.002/003 F-637



# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Times Square Tower | NEWPORT BEACH |
| BRUSSELS | 7 Times Square | SAN FRANCISCO |
| CENTURY CITY | New York, New York 10036 | SHANGHAI |
| HONG KONG | TELEPHONE (212) 326-2000 | SILICON VALLEY |
| LONDON | FACSIMILE (212) 326-2061 | TOKYO |
| LOS ANGELES | www.omm.com | WASHINGTON, D C |

RECEIVED JUL 02 2008 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

So ordered 7-2-08 /s/ AKH

OUR FILE NUMBER
240,981-12

WRITER'S DIRECT DIAL
(212) 408-2409

WRITER'S E-MAIL ADDRESS
jrosenberg@omm.com

July 2, 2008

**VIA FACSIMILE**

The Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re: *Lucian Bebchuk v. Electronic Arts Inc.*, CV 08-3716 (AKH)

Dear Judge Hellerstein:

We represent defendant Electronic Arts Inc. ("EA") in this litigation. On June 27, we submitted to Your Honor a proposed revised briefing schedule designed to accommodate *amicus curiae* who wish to appear in this action. Having received the Court's request that the parties compress the briefing, the parties have consulted and agreed to the following revised schedule:

| | |
|---|---|
| EA's *amici* submissions | July 18, 2008 |
| Bebchuk's opposition (including responses to the EA *amici*) and Bebchuk's *amici* submissions | August 29, 2008 |
| EA's reply brief (including responses to the Bebchuk *amici*) | September 26, 2008 |



USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 7/2/08

O'MELVENY & MYERS LLP

The Honorable Alvin K. Hellerstein, July 2, 2008 - Page 2

    This schedule adds only one additional briefing round to the original schedule the Court endorsed. That one additional round ensures each party the opportunity to respond to the opposing party and its *amici* in a single brief, rather than two briefs. The parties respectfully request that the Court approve this schedule.

<div style="text-align:right">
Respectfully,

Jonathan Rosenberg
</div>

cc:    (by facsimile)
        Michael J. Barry, Esq.