UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCIAN BEBCHUK,<br><br>        Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS, INCORPORATED,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    No. 08 CV 3716<br>)    (Hellerstein, J.)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Gabrielle Levin, an associate at the law firm of Gibson, Dunn & Crutcher LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Amicus Curiae The Chamber of Commerce of the United States of America in this action and requests that all subsequent papers be served upon her at the address indicated below.

Please add the following to the service list for this proceeding:

    Gabrielle Levin, Esq. (glevin@gibsondunn.com)
    GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue, 48th Floor
    New York, NY 10166-0193
    (212) 351-4000 (Telephone)
    (212) 351-4035 (Facsimile)

Dated: New York, New York
       July 9, 2008

                                        GIBSON, DUNN & CRUTCHER LLP

                                        By: /s/ Gabrielle Levin

                                        Gabrielle Levin (GL1181)
                                        200 Park Avenue, 48th Floor
                                        New York, New York 10166-0193
                                        Telephone: (212) 351-4000
                                        Facsimile: (212) 351-4035
                                        glevin@gibsondunn.com

                                        *Attorney for Amicus Curiae The Chamber of*
                                        *Commerce of the United States of America*