UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCIAN BEBCHUK,                    )
                                   )
                Plaintiff,         )
                                   )
        v.                         )
                                   )    No. 08 CV 3716
                                   )    (Hellerstein, J.)
ELECTRONIC ARTS, INCORPORATED,     )
                                   )
                Defendant.         )
                                   )
                                   )

## NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE*

**PLEASE TAKE NOTICE** that, upon the affidavits submitted herewith, Amicus Curiae

The Chamber of Commerce of the United States of America, by their undersigned attorney, will

move this Court, in the Courtroom of the Honorable Alvin K. Hellerstein, United States District

Judge, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 1050, New

York, New York, at a time and date to be determined by this Court, for an Order admitting

Eugene Scalia, *pro hac vice*, pursuant to Rule 1.3(c) of the Local Civil Rules of the United States

District Court for the Southern District of New York.

    A proposed order is attached.

Dated:  New York, New York
      July 9, 2008

GIBSON, DUNN & CRUTCHER LLP

By: _Gabrielle Levin_____

Gabrielle Levin (GL1181)
200 Park Avenue, 48th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
glevin@gibsondunn.com

*Attorney for Amicus Curiae The Chamber of*
*Commerce of the United States of America*

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCIAN BEBCHUK,                                )
                                               )
                    Plaintiff,                 )
                                               )
          v.                                   )
                                               )          No. 08 CV 3716
                                               )          (Hellerstein, J.)
ELECTRONIC ARTS, INCORPORATED,                 )
                                               )
                    Defendant.                 )
                                               )
_____       )

## ORDER

      Upon consideration of Amicus Curiae The Chamber of Commerce of the United States of

America's Notice of Motion for Admission *Pro Hac Vice*, and the affidavits submitted in support

thereof, and good cause having been shown, it is SO ORDERED that Eugene Scalia, is admitted

to the bar of this Court *pro hac vice* this ___ day of July 2008.


_____
ALVIN K. HELLERSTEIN
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCIAN BEBCHUK,<br><br>              Plaintiff,<br><br>     v.<br><br>ELECTRONIC ARTS, INCORPORATED,<br><br>         Defendant. | )<br>)<br>)<br>)<br>)<br>)   No. 08 CV 3716<br>)   (Hellerstein, J.)<br>)<br>)<br>)<br>) |

STATE OF NEW YORK      )
                       ) SS.
COUNTY OF NEW YORK   )

GABRIELLE LEVIN, being duly sworn, says:

1.     I am an attorney admitted to practice in the State of New York and the United States District Court for the Southern District of New York. I am an associate at the law firm of Gibson, Dunn & Crutcher LLP, counsel for Amicus Curiae The Chamber of Commerce of the United States of America, in the above-captioned action. I make this affidavit in support of Amicus Curiae The Chamber of Commerce of the United States of America's motion, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for the admission of Eugene Scalia, to the bar of this Court *pro hac vice.*

2.     Mr. Scalia is a member of Gibson, Dunn & Crutcher LLP, counsel for Amicus Curiae The Chamber of Commerce of the United States of America in this action. Mr. Scalia is a member in good standing of the bars of the District of Columbia, the State of California, and the State of Virginia. Mr. Scalia is familiar with the Federal Rules of Civil Procedure and with the Rules of this Court. Attached hereto as Exhibits A, B, and C are original copies of certificates of

good standing for Mr. Scalia from the bars of the District of Columbia, the State of California, and the State of Virginia.

      3.      Accordingly, I respectfully request that Mr. Scalia, be admitted to the bar of this Court *pro hac vice*.


Dated:  July 9, 2008

                              GABRIELLE LEVIN

Sworn before me this
_9_th day of June, 2008

Notary Public

                **HILLARY B. LAZAR**
          **NOTARY PUBLIC, State of New York**
               **No. 01LA5046202**
             **Qualified in Nassau County**
     **Commission Expires July 3, _2011_**

2

# Exhibit A



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify tnat

EUGENE SCALIA

---

was on the    7TH    day of    JULY, 1995

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on June
26, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
          Deputy Clerk

# Exhibit B

# THE STATE BAR
# OF CALIFORNIA

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639

TELEPHONE: 888-800-3400

July 2, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, EUGENE SCALIA, #151540 was admitted to the practice of law in this state by the Supreme Court of California on December 20, 1990; that from the date of admission to March 16, 1994, he was an ACTIVE member of the State Bar of California; that on March 16, 1994, he transferred at his request to the INACTIVE status as of January 1, 1994; that from that date to August 7, 1995, he was an INACTIVE member of the State Bar of California; that on August 7, 1995, he transferred at his request to the ACTIVE status; that from that date to February 11, 2002, he was an ACTIVE member of the State Bar of California; that on February 11, 2002, he transferred at his request to the INACTIVE status as of January 1, 2002; that from that date to March 20, 2003, he was an INACTIVE member of the State Bar of California; that on March 20, 2003, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# Exhibit C



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

This is to certify that **EUGENE SCALIA** is an active member of the Virginia State Bar in good standing.   **MR.**

**SCALIA** was licensed to practice law in Virginia on **OCTOBER 15, 1993**, after successfully passing the bar

examination given by the Virginia Board of Bar Examiners.

Karen A. Gould
Executive Director and
Chief Operating Officer

Issued  July 1, 2008

## CERTIFICATE OF SERVICE

I, Gabrielle Levin, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 9th day of July 2008, I served a true and correct copy of the foregoing Notice of Motion for Admission *Pro Hac Vice* and the supporting affidavits and proposed order, by electronic mail and by first class mail, postage prepaid, upon the following counsel of record:

Jay W. Eisenhofer
Michael J. Barry
Grant & Eisenhofer P.A.
1201 North Market Street
Wilmington, DE 19801


Jonathan Rosenberg
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036


Gabrielle Levin