UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCIAN BEBCHUK,

        Plaintiff,

v.

ELECTRONIC ARTS, INCORPORATED,

        Defendant.

No. 08 CV 3716
(Hellerstein, J.)

## NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE*

**PLEASE TAKE NOTICE** that, upon the affidavits submitted herewith, Amicus Curiae The Chamber of Commerce of the United States of America, by their undersigned attorney, will move this Court, in the Courtroom of the Honorable Alvin K. Hellerstein, United States District Judge, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 1050, New York, New York, at a time and date to be determined by this Court, for an Order admitting Indraneel Sur, *pro hac vice*, pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York.

A proposed order is attached.

Dated: New York, New York
July 9, 2008

                                      GIBSON, DUNN & CRUTCHER LLP

                                      By: /s/ Gabrielle Levin

                                      Gabrielle Levin (GL1181)
                                      200 Park Avenue, 48th Floor
                                      New York, New York 10166-0193
                                      Telephone: (212) 351-4000
                                      Facsimile: (212) 351-4035
                                      glevin@gibsondunn.com

                                      *Attorney for Amicus Curiae The Chamber of*
                                      *Commerce of the United States of America*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCIAN BEBCHUK,<br><br>    Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS, INCORPORATED,<br><br>    Defendant. | No. 08 CV 3716<br>(Hellerstein, J.) |

## ORDER

Upon consideration of Amicus Curiae The Chamber of Commerce of the United States of America's Notice of Motion for Admission *Pro Hac Vice*, and the affidavits submitted in support thereof, and good cause having been shown, it is SO ORDERED that Indraneel Sur, is admitted to the bar of this Court *pro hac vice* this ___ day of July 2008.

ALVIN K. HELLERSTEIN
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCIAN BEBCHUK, <br><br> Plaintiff, <br><br> v. <br><br> ELECTRONIC ARTS, INCORPORATED, <br><br> Defendant. | No. 08 CV 3716 <br> (Hellerstein, J.) |

STATE OF NEW YORK        )
                         ) SS.
COUNTY OF NEW YORK       )

GABRIELLE LEVIN, being duly sworn, says:

1. I am an attorney admitted to practice in the State of New York and the United States District Court for the Southern District of New York. I am an associate at the law firm of Gibson, Dunn & Crutcher LLP, counsel for Amicus Curiae The Chamber of Commerce of the United States of America, in the above-captioned action. I make this affidavit in support of Amicus Curiae The Chamber of Commerce of the United States of America's motion, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for the admission of Indraneel Sur, to the bar of this Court *pro hac vice*.

2. Mr. Sur is an associate at Gibson, Dunn & Crutcher LLP, counsel for Amicus Curiae The Chamber of Commerce of the United States of America in this action. Mr. Sur is a member in good standing of the bar of the State of New York. Mr. Sur is familiar with the Federal Rules of Civil Procedure and with the Rules of this Court. Attached hereto as Exhibit A is an original copy of a certificate of good standing for Mr. Sur from the bar of the State of New York.

3. Accordingly, I respectfully request that Mr. Sur, be admitted to the bar of this Court *pro hac vice*.

Dated: July 9, 2008

_____<br>GABRIELLE LEVIN

Sworn before me this
9th day of June, 2008

_____
Notary Public

HILLARY B. LAZAR
NOTARY PUBLIC, State of New York
No. 01LA5046202
Qualified in Nassau County
Commission Expires July 3, 2011

2

# Exhibit A



# Appellate Division of the Supreme Court of the State of New York
# Second Judicial Department

I, **James Edward Pelzer**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Indraneel Sur** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **19th** day of **April 2006**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on June 30, 2008.

*James Edward Pelzer*
Clerk of the Court

## **CERTIFICATE OF SERVICE**

I, Gabrielle Levin, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 9th day of July 2008, I served a true and correct copy of the foregoing Notice of Motion for Admission *Pro Hac Vice* and the supporting affidavits and proposed order, by electronic mail and by first class mail, postage prepaid, upon the following counsel of record:

> Jay W. Eisenhofer
> Michael J. Barry
> Grant & Eisenhofer P.A.
> 1201 North Market Street
> Wilmington, DE 19801
>
> Jonathan Rosenberg
> O'Melveny & Myers LLP
> 7 Times Square
> New York, NY 10036

_____
Gabrielle Levin