UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCIAN BEBCHUK,

        Plaintiff,

v().

ELECTRONIC ARTS, INCORPORATED,

        Defendant.

No. 08 CV 3716
(Hellerstein, J.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08

## ORDER

Upon consideration of Amicus Curiae The Chamber of Commerce of the United States of America's Notice of Motion for Admission *Pro Hac Vice*, and the affidavits submitted in support thereof, and good cause having been shown, it is SO ORDERED that Eugene Scalia, is admitted to the bar of this Court *pro hac vice* this 15 day of July 2008.

_____
ALVIN K. HELLERSTEIN
United States District Judge