UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCIAN BEBCHUK, <br><br> Plaintiff, <br><br> v. <br><br> ELECTRONIC ARTS, INCORPORATED, <br><br> Defendant. | Civil No. 08-3716 (AKH) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 and the Local Rules for the United States District Court for the Southern District of New York, the undersigned counsel for *amicus curiae* The Chamber of Commerce of the United States of America certifies that (1) the Chamber does not have any parent corporations, and (2) no publicly held company owns more than 10 percent of its stock.

Dated:  July 18, 2008
          New York, NY

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

_____

Eugene Scalia*
Indraneel Sur*
1050 Connecticut Avenue, N.W., Suite 300
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile:  (202) 530-9695
escalia@gibsondunn.com
isur@gibsondunn.com
*Admitted pro hac vice*

*Counsel for Amicus Curiae Chamber of Commerce of the United States of America*

2

**CERTIFICATE OF SERVICE**

  I, Indraneel Sur, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 18th day of July 2008, I served a true and correct copy of the foregoing Rule 7.1 Corporate Disclosure Statement, by electronic mail and by first class mail, postage prepaid, upon the following counsel of record:

    Jay W. Eisenhofer
    Michael J. Barry
    Grant & Eisenhofer P.A.
    1201 North Market Street
    Wilmington, DE 19801


    Jonathan Rosenberg
    O'Melveny & Myers LLP
    7 Times Square
    New York, NY 10036


            _____
                Indraneel Sur