UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LUCIAN BEBCHUK, )
)
Plaintiff, )
)
v. )
) Civil No. 08-3716 (AKH)
ELECTRONIC ARTS, INCORPORATED, )
)
Defendant. )
)

## ORDER

Upon consideration of *Amicus Curiae* The Chamber of Commerce of the United States of America's Notice of Unopposed Motion and Unopposed Motion for Leave to File, and the memorandum submitted in support thereof, and good cause having been shown: the Unopposed Motion for Leave to File is GRANTED, and it is ORDERED that the tendered amicus brief be filed, this 21 day of July 2008.

ALVIN K. HELLERSTEIN
United States District Judge

1