BRENDAN J. DOWD
O'MELVENY & MYERS LLP
7 Times Square
New York, New York  10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: bdowd@omm.com

*Attorneys for Electronic Arts Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCIAN BEBCHUK,<br><br>                    Plaintiff,<br><br>         -against-<br><br>ELECTRONIC ARTS, INCORPORATED,<br><br>                    Defendant. | CV 08-3716 (AKH)<br>Electronically Filed<br><br>**NOTICE OF APPEARANCE** |

        Please enter the appearance of Brendan J. Dowd, Esq. of O'Melveny & Myers LLP as counsel for defendant Electronic Arts Inc., in the above-captioned case.

Dated: New York, New York
       August 18, 2008

                              Respectfully submitted,

                              O'MELVENY & MYERS LLP

                              By:  /s/ Brendan J. Dowd
                                   Brendan J. Dowd

                                O'MELVENY & MYERS LLP
                                Times Square Tower
                                7 Times Square
                                New York, New York  10036
                                Telephone: (212) 326-2000
                                Facsimile: (212) 326-2061
                                Email: bdowd@omm.com

                                *Attorneys for Electronic Arts Inc.*