ORLY N. NHAISSI
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: onhaissi@omm.com

*Attorneys for Electronic Arts Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCIAN BEBCHUK,<br><br>　　　　　　Plaintiff,<br><br>　　-against-<br><br>ELECTRONIC ARTS, INCORPORATED,<br><br>　　　　　　Defendant. | CV 08-3716 (AKH)<br>Electronically Filed<br><br>**NOTICE OF APPEARANCE** |

　　　　　Please enter the appearance of Orly N. Nhaissi, Esq. of O'Melveny & Myers LLP as counsel for defendant Electronic Arts Inc., in the above-captioned case.

Dated: New York, New York
　　　　August 18, 2008

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　O'MELVENY & MYERS LLP

　　　　　　　　　　　　　　　　　　By:  /s/ Orly N. Nhaissi
　　　　　　　　　　　　　　　　　　　　 Orly N. Nhaissi

　　　　　　　　　　　　　　　　　　O'MELVENY & MYERS LLP
　　　　　　　　　　　　　　　　　　7 Times Square
　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　Telephone: (212) 326-2000
　　　　　　　　　　　　　　　　　　Facsimile: (212) 326-2061
　　　　　　　　　　　　　　　　　　Email: wsushon@omm.com

　　　　　　　　　　　　　　　　　　*Attorneys for Electronic Arts Inc.*