USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

**G&E**

**Grant & Eisenhofer P.A.**

485 Lexington Avenue
New York, NY 10017
Tel: 646-722-8500 • Fax: 646-722-8501

Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 19801
Tel: 302-622-7000 • Fax: 302-622-7100

www.gelaw.com

1920 L Street, N.W. Suite 400
Washington, DC 20036
Tel: 202-783-6091 • Fax: 202-350-5908

RECEIVED
AUG 25 2008
ALVIN K. HELLERSTEIN

August 25, 2008

## VIA TELECOPY

The Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

**Re:    Lucian Bebchuk v. Electronics Arts Inc., CV 08-3716 (AKH)**

Dear Judge Hellerstein:

We represent Professor Lucian Bebchuk in the above-referenced litigation.

By letter dated July 2, 2008, counsel for defendant Electronic Arts Inc. ("EA") informed the Court that the parties had agreed on a briefing schedule for EA's motion to dismiss, including the filing of any submissions by *amicus curiae* who wish to appear in this action. Under that schedule, Prof. Bebchuk's opposition to EA's motion – including responses to any *amicus curiae* supporting EA's position, and any submissions by *amicus curiae* supporting Prof. Bebchuk's position – are to be filed by August 29, 2008, with replies by EA submitted by September 26, 2008. *See* Docket No. 9 (Endorsed Letter dated July 2, 2008, from Jonathan Rosenberg, Esq., to The Hon. Alvin K. Hellerstein).

On Friday, August 22, 2008, Prof. Bebchuk was required to travel to Israel because his father needs surgery this week. As a result, Prof. Bebchuk requests an extension – until September 8, 2008, for the filing of his response to EA's motion to dismiss (and the U.S. Chamber of Commerce's *amicus* submission) and any submissions by *amicus curiae* in support of his position. Counsel for EA has stated that they do not oppose Prof. Bebchuk's request for an extension with the understanding that the filing deadline for their reply papers would be similarly extended.

This is the first request for an extension made on behalf of Prof. Bebchuk. The parties previously agreed to the schedule set forth in Mr. Rosenberg's July 2 letter in response to the request by EA to adjust the briefing schedule to accommodate the submissions of *amicus curiae*.

The Honorable Alvin K. Hellerstein
August 25, 2008
Page 2

Accordingly, Prof. Bebchuk respectfully requests that the Court amend the briefing schedule as follows:

Bebchuk's opposition
(including responses to EA *amici*)
and Bebchuk's *amici* submissions                    September 8, 2008

EA's reply brief
(including responses to the Bebchuk *amici*)         October 6, 2008

Respectfully,

Jay W. Eisenhofer

JWE/rm
cc:      Jonathan Rosenberg (via email and facsimile)